UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KING ELECTRICAL MANUFACTURING CO., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL LOGISTICS HOLDINGS, INC., a Michigan corporation,<br><br>Defendant. | CASE NO. 2:19-cv-00725-RSL<br><br>STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT |

## **STIPULATION**

**IT IS HEREBY STIPULATED** by Plaintiff King Electrical Manufacturing Co. and Defendant Universal Logistics Holdings, Inc., by and through their respective attorneys of record as follows:

1. Plaintiff seeks leave of court to file a Second Amended Complaint in the above-captioned matter, which substitutes Universal Intermodal Services, Inc. for Universal Logistics Holdings, Inc., as Defendant.

2. The parties hereby stipulate and request the Court grant Plaintiff leave to file the Second Amended complaint attached as Exhibit A to this stipulation.

**IT IS SO STIPULATED.**

//

//

//

STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT - 1
#1254733 v1 / 00953-005

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

DATED THIS 26th day of June, 2019.

| KARR TUTTLE CAMPBELL | WILSON SMITH COCHRAN DICKERSON |
|---|---|
| *s/ Daniel T. Hagen* | *s/ Jeff M. Sbaih* |
| J. Dino Vasquez, WSBA #25533 | Dylan E. Jackson, WSBA #29220 |
| Daniel T. Hagen, WSBA #54015 | Jeff M. Sbaih, WSBA #51551 |
| *Attorneys for Plaintiff King Electrical Manufacturing Co.* | *Attorneys for Defendant Universal Intermodal Services Inc.* |

## **ORDER**

Pursuant to the foregoing Stipulation;

IT IS HEREBY ORDERED that Plaintiff may file its Second Amended Complaint within fourteen days of the date of this Order.

DONE IN OPEN COURT this 2nd day of July, 2019

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER GRANTING
LEAVE TO FILE SECOND AMENDED
COMPLAINT - 2
#1254733 v1 / 00953-005

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100