The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KING ELECTRICAL MANUFACTURING CO., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL LOGISTICS HOLDINGS, INC., a Michigan corporation,<br><br>Defendant. | No. 2:19-cv-00725-RSL<br><br>STIPULATED MOTION AND PROPOSED ORDER TO EXTEND EXPERT-RELATED DEADLINES<br><br>Noted for November 27, 2019 |

## STIPULATION

The parties, by and through their counsel, stipulate and jointly move for an Order extending the current expert disclosure deadline from December 4, 2019 to January 31, 2019.

## BACKGROUND FACTS AND AUTHORITY

This case involves a motor vehicle incident that occurred on July 23, 2018. Defendant's employee, Berhane Andemeskel, was transporting an open top container/load from the Port of Seattle to Defendant's terminal in South Seattle. As the driver was turning into the terminal lot, the load extending from the open-top container snagged an overhead utility line, pulling the utility line and causing the nearby utility pole to shift. As a result, there

STIPULATED MOTION AND PROPOSED
ORDER TO EXTEND EXPERT-RELATED
DEADLINES – 1
js/JS3522.014/3417130x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

was an interruption of power to the area that resulted in damages to Plaintiff's manufacturing equipment in the nearby plant. The photos below shows the container snagging the load and the shifted power line.



The parties have diligently prosecuted this case. This includes inspecting Plaintiff's plant, analyzing the equipment damaged in the incident, and exchanging discovery regarding the complex damages alleged in this case.

STIPULATED MOTION AND PROPOSED
ORDER TO EXTEND EXPERT-RELATED
DEADLINES – 2
js/JS3522.014/3417130x



WILSON
SMITH
COCHRAN
DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

At this juncture, it appears that there is a potential for non-party fault, which will require filing amended pleadings and adding new parties to the case. However, before adding additional parties and incurring the expense of going that route, the parties are seeking to extend the current expert disclosure deadline from December 4, 2019 to January 31, 2020 to provide them an opportunity to engage in meaningful settlement discussions and/or engaging in mediation to avoid the need for additional, expensive discovery. If they are not able to resolve the case, the parties will disclose their experts and make a determination over how to handle the non-party fault at issue. This request only applies to the initial expert disclosures (and as a result the rebuttal disclosures) but will not affect any of the other case deadlines. A proposed order is attached.

DATED: November 27, 2019.

WILSON SMITH COCHRAN DICKERSON

By  *s/Jeff Sbaih*
    Dylan E. Jackson, WSBA #29220
    Jeff Sbaih, WSBA #51551
    Attorneys for Defendant

KARR TUTTLE CAMPBELL

By  *s/J. Dino Vasquez*
    J. Dino Vasquez
    Daniel T. Hagen
    Attorneys for Plaintiff

STIPULATED MOTION AND PROPOSED ORDER TO EXTEND EXPERT-RELATED DEADLINES – 3
js/JS3522.014/3417130x

WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

## ORDER

IT IS HEREBY ORDERED:

1. The parties' stipulated motion is GRANTED.
2. The initial expert disclosure deadline is extended to January 31, 2020. The rebuttal reports are due 30 days later.
3. No other deadlines are affected by this Order.

DATED this 4th day of December, 2019.

_____
Honorable Robert S. Lasnik

STIPULATED MOTION AND PROPOSED ORDER TO EXTEND EXPERT-RELATED DEADLINES – 4
js/JS3522.014/3417130x



WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273