The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KING ELECTRICAL MANUFACTURING CO., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL LOGISTICS HOLDINGS, INC., a Michigan corporation,<br><br>Defendant. | No. 2:19-cv-00725-RSL<br><br>STIPULATION AND ORDER OF DISMISSAL |

## **STIPULATION**

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice, each party bearing its own fees and costs.

DATED this 30th day of January, 2020

WILSON SMITH COCHRAN DICKERSON

By *s/ Jeff M. Sbaih*
    Jeff M. Sbaih, WSBA #51551
    Attorneys for Defendants

---

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:19-cv-00725-RSL) – 1
ams/JS3522.015/3462830x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

KARR TUTTLE CAMPBELL

By *s/ J. Dino Vasquez*
    J. Dino Vasquez, WSBA# 25533
    Daniel T. Hagen, WSBA# 54055
    Attorneys for Plaintiff

## ORDER OF DISMISSAL

Based on the above stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs.

DATED this 31st day of January, 2020

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

WILSON SMITH COCHRAN DICKERSON

By *s/ Jeff M. Sbaih*
    Jeff M. Sbaih, WSBA #51551
    Attorneys for Defendants

Approved as to form; notice of presentation waived:

KARR TUTTLE CAMPBELL

By *s/ J. Dino Vasquez*
    J. Dino Vasquez, WSBA# 25533
    Daniel T. Hagen, WSBA# 54055
    Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL
(Cause No. 2:19-cv-00725-RSL) – 2
ams/JS3522.015/3462830x



901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273